# Court of Appeals
# of the State of Georgia

ATLANTA,  January 07, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0878. DARRELL E. YOUNGER v. THE STATE.

In 2010, Darrell Younger pleaded guilty to armed robbery, cruelty to children in the first degree, and burglary. Younger filed a motion to withdraw his guilty plea and two motions to correct void sentence in October 2024, which the trial court denied on November 1, 2024. Younger filed a notice of appeal on December 11, 2024. We lack jurisdiction.

Pretermitting whether the court's order was subject to direct appeal, we lack jurisdiction because this appeal is untimely. A notice of appeal must be filed within 30 days after entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Davis v. State*, 330 Ga. App. 711, 711 (769 SE2d 133) (2015). Here, Younger filed his notice of appeal 40 days after entry of the order he seeks to appeal. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 01/07/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*